**Electronically Filed
Supreme Court
SCPW-25-0000584
22-APR-2026
08:19 AM
Dkt. 17 ODDP**

SCPW-25-0000584

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SHELDON KALANI SONIDO, Petitioner,

vs.

DISTRICT COURT OF THE FIRST CIRCUIT,
State of Hawaiʻi, Respondent Court,

and

HAWAII STATE FEDERAL CREDIT UNION, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DRC-25-0004620)

ORDER DENYING PETITION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Upon consideration of the petition for writs of

prohibition, mandamus, and certiorari, filed August 21, 2025,

and the record, the district court had jurisdiction to determine

whether it had jurisdiction over Petitioner's counterclaim.  See

Schwartz v. State, 136 Hawaiʻi 258, 263, 361 P.3d 1161, 1166

(2015).  If the district court concludes it lacks jurisdiction

over the counterclaim, as it did in 1DRC-25-0004620, the district court may issue a decision stating as much.  See In re Kanahele, 152 Hawaiʻi 501, 514, 526 P.3d 478, 491 (2023).  If Petitioner disagreed with the district court's dismissal of the counterclaim, Petitioner could have sought review of the dismissal on appeal from the district court's judgment.  See Hawaiʻi Revised Statutes § 641-1(a) (2016).

Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternatives to obtain the relief sought.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition for writs of mandamus and prohibition are denied.

It is also ordered that the petition for a writ of certiorari is dismissed without prejudice.  See Hawaiʻi Rules of Appellate Procedure Rule 40.1(a)(1) (requiring an application for a writ of certiorari "be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order").

DATED:  Honolulu, Hawaiʻi, April 22, 2026.

/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens
/s/ Michelle L. Drewyer



2